■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRY SYKES, Appellant. [599 NYS2d 566] —Judgment, Supreme Court, New York County (Alvin Schlesinger, J.), rendered February 7, 1991, convicting defendant, after a jury trial, of assault in the second degree and criminal possession of a weapon in the third degree, and sentencing him, as a second felony offender, to concurrent terms of 2½ to 5 years and 2 to 4 years, respectively, unanimously affirmed.

Contrary to defendant's argument, the evidence that he struck the victim, a bystander, with a piece of concrete that he picked up from the ground and threw at a man with whom he had just been arguing was sufficient to establish his guilt of unlawful possession of a weapon, such "conduct in itself provid[ing] the basis for an independent indictment charging [him] with both [assault] and possession of a weapon with intent to use it against a person unlawfully" *(People v Perez,* 45 NY2d 204, 209; *see also, People v Turner,* 181 AD2d 637, *lv denied* 80 NY2d 839).

We have reviewed defendant's other claims and find them to be without merit. Concur—Sullivan, J. P., Carro, Wallach and Nardelli, JJ.